KNAPP *against* MEAD.(*b*)

A trial by record is to be brought on by motion, pursuant to a notice of four days, as in other special motions.

THIS being the day assigned for the trial by the record, on which this suit was brought,

*Beers* now moved to bring it on, but it was objected in behalf of the defendant, that there ought to have been a regular notice of trial, of eight days, as in other cases, which had not been given.

\*The court took time to consider how the practice    [\*112] ought to be settled.

*Per Curiam.* The trial by record must, hereafter, always

(*a*) See note (*a*) to *Bentley* v. *Weaver, supra*, vol. 1, p. 241 ; also Grah. Prac 2d ed. 561 *et seq.* ; 2 Rev. Stat. 409, § 2.

(*b*) S. C., C. C. 122.

come on by motion, pursuant to a notice of four days, instead of the old practice of assigning a time, which the present rules render useless.(c)